UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

       vs.

FIREARMS AND AMMUNITION SEIZED
FROM A RESIDENCE ON M-35 IN BARK
RIVER, DELTA COUNTY, MICHIGAN,

           Defendant Property.

                                    /

Case No. 2:25-cv-00013

Hon. Paul L. Maloney
U.S. District Judge

## MOTION FOR JUDGMENT OF FORFEITURE BY DEFAULT

Plaintiff, United States of America, by and through its attorneys, Andrew Byerly Birge, Acting United States Attorney for the Western District of Michigan, and Daniel T. McGraw, Assistant United States Attorney, pursuant to Federal Rule of Civil Procedure 55(b)(2) and Rule A(2) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, moves the Court for entry of judgment of forfeiture by default, forfeiting to the Government the Defendant Property consisting of: various firearms and ammunition seized during the execution of a federal search warrant on or about July 30, 2024 at a residence on M-35 in Bark River, Delta County, Michigan, described more specifically in Attachment A ("Defendant Property"), and possessed by Jeremiah Jordan.  The Defendant property was seized by the Bureau of Alcohol, Tobacco, Firearms and Explosives.  A brief in support and proposed order accompanies this motion.

Respectfully submitted,

ANDREW BYERLY BIRGE
Acting United States Attorney

Dated: April 3, 2025

/s/ Daniel T. McGraw
DANIEL T. McGRAW
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

2