## ATTACHMENT A – DEFENDANT PROPERTY

| | | |
|---|---|---|
| 1 | 24-ATF-025346 | FEDERAL ARMAMENT, LLC (FEDARM) FP-15 PISTOL CAL:300 SN:LCP00 |
| 2 | 24-ATF-025347 | 30 Rounds Other Ammunition CAL:300 |
| 3 | 24-ATF-025349 | AERO PRECISION M5 Rifle CAL:308 SN:US173497 |
| 4 | 24-ATF-025350 | TAURUS INTERNATIONAL G3C PISTOL CAL:9 SN:ACG071603 |
| 5 | 24-ATF-025353 | 3 Rounds PPU Ammunition CAL:9 |
| 6 | 24-ATF-025356 | SIG SAUER (SIG-ARMS) P365 PISTOL CAL:9 SN:66F460433 |
| 7 | 24-ATF-025357 | 11 Rounds SIG SAUER (SIG) Ammunition CAL:9 |
| 8 | 24-ATF-025358 | SPIKE'S TACTICAL LLC ST15 RECEIVER/FRAME CAL:MULTI SN:NSL133 |
| 9 | 24-ATF-025360 | PALMETTO STATE ARMORY G3-10 RIFLE CAL:308 SN:LJ010540 |
| 10 | 24-ATF-025362 | PALMETTO STATE ARMORY G3-10 RIFLE CAL:308 SN:LJ010621 |
| 11 | 24-ATF-025365 | SAVAGE STEVENS 84D RIFLE CAL:22 SN:None |
| 12 | 24-ATF-025366 | WINCHESTER 37 SHOTGUN CAL:20 SN:None |
| 13 | 24-ATF-025367 | YANKEE HILL MACHINE CO. INC. YHM-15 RIFLE CAL:300 SN:YH03542 |
| 14 | 24-ATF-025369 | SMITH & WESSON M&P 15 RIFLE CAL:556 SN:TM76803 |
| 15 | 24-ATF-025370 | PLUMCRAZY FIREARMS GEN II RIFLE CAL:9 SN:PV05272 |
| 16 | 24-ATF-025372 | AERO PRECISION X15 RIFLE CAL:65 SN:X578979 |
| 17 | 24-ATF-025374 | YANKEE HILL MACHINE CO. INC. YHM-15 PISTOL CAL:300 SN:YH0354 |
| 18 | 24-ATF-025375 | RADICAL FIREARMS, LLC RF-15 RIFLE CAL:223 SN:2-056263 |
| 19 | 24-ATF-025377 | PLUMCRAZY FIREARMS GEN II RIFLE CAL:556 SN:PV05305 |
| 20 | 24-ATF-025379 | HENRY REPEATING RIFLE COMPANY H006C BIG BOY RIFLE CAL:45 SN: |
| 21 | 24-ATF-025382 | 1 Rounds OTHER Ammunition CAL:9 |
| 22 | 24-ATF-025383 | SMITH & WESSON M&P 15 PISTOL CAL:556 SN:TV78010 |
| 23 | 24-ATF-025384 | PLUMCRAZY FIREARMS C15 RECEIVER/FRAME CAL:MULTI SN:PV05270 |
| 24 | 24-ATF-025386 | PLUMCRAZY FIREARMS C15 RECEIVER/FRAME CAL:MULTI SN:PV05273 |
| 25 | 24-ATF-025389 | KE ARMS KP-15 RECEIVER/FRAME CAL:MULTI SN:KM24249 |

| 26 | 24-ATF-025390 | AERO PRECISION X15 PISTOL CAL:762 SN:X578992 |
| 27 | 24-ATF-025391 | HS PRODUKT (IM METAL) XDM ELITE PISTOL CAL:10 SN:BB483569 |
| 28 | 24-ATF-025392 | RECEIVER/FRAME KP-15 RECEIVER/FRAME CAL:MULTI SN:KM24205 |
| 29 | 24-ATF-025393 | SIG SAUER (SIG-ARMS) P250-22 PISTOL CAL:22 SN:57C052580 |
| 30 | 24-ATF-025394 | GIRSAN MC 28 SA PISTOL CAL:9 SN:76368-21AV11946 |
| 31 | 24-ATF-025395 | SUN CITY MACHINERY CO., LTD STEVENS 320 SHOTGUN CAL:20 SN:21 |