UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FIREARMS AND AMMUNITION SEIZED
FROM A RESIDENCE ON M-35 IN BARK
RIVER, DELTA COUNTY, MICHIGAN,

    Defendant Property.
_____/

Case No. 2:25-cv-00013

Hon. Paul L. Maloney
U.S. District Court Judge

## JUDGMENT OF FORFEITURE BY DEFAULT

This case is before the Court on Plaintiff's Motion for Judgment of Forfeiture by Default. No person or entity has come forth and filed a verified claim and answer to the Defendant Property consisting of various firearms and ammunition during the execution of a federal search warrant on or about July 30, 2024, at a residence on M-35 in Bark River, Delta County, Michigan, described more specifically in Attachment A ("Defendant Property"), and possessed by Jeremiah Jordan. The Defendant Property was seized by the Bureau of Alcohol, Tobacco, Firearms and Explosives. Furthermore, it appears that publication has been duly made in this matter, and that due notice was given. Accordingly, the Court finds:

    1.    That process was duly issued in this case and that the Defendant Property was duly seized by the Bureau of Alcohol, Tobacco, Firearms and Explosives;

    2.    That no individuals or business entities have an outstanding verified claim or answer to the Defendant Property; and

    3.    That the allegations of the Complaint are taken as admitted with

respect to the Defendant Property.

Based upon the above and the Court being otherwise fully advised in the matter, it is hereby,

**ORDERED AND ADJUDGED:**

1. That judgment of forfeiture by default is hereby entered against the Defendant Property in favor of the Plaintiff.

2. That all persons claiming any right, title or interest in or to the Defendant Property are held in default.

3. That the Defendant Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d)(1), 924(d)(3) because it was property intended to be used in violation of 18 U.S.C. § 922(a)(1), manufacturing and/or dealing in firearms and ammunition without a license.

4. That all right, title, and interest in and to the Defendant Property is hereby condemned, forfeited, and vested in the United States of America, and the Defendant Property shall be disposed of by the Bureau of Alcohol, Tobacco, Firearms and Explosives and/or its designee according to applicable law and regulations.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Judgment.

Dated: April 3, 2025

/s/ Paul L. Maloney
PAUL L. MALONEY
United States District Judge